L.J. LOHEIT, TRUSTEE
P O BOX 1858
SACRAMENTO, CA 95812
(916) 856-8000



FILED
JUL - 2 2009
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

In re: ) Case No.: No. 05-38719-D-13L
)
VANN, ANTHONY ) UNCLAIMED FUNDS
VANN, COURTNEY )
)
_____Debtor(s)_____)

TO THE CLERK, U. S. BANKRUPTCY COURT:

Please find submitted herewith check #522090 in the sum of $1,019.83 representing the total amount of unclaimed dividend(s) in the above-entitled estate. This sum is being paid over pursuant to 11 U. S. C. Section 347(a) and Bankruptcy Rule 3011. The name(s) and address(es) is (are) as follows:

| CLAIM NO. | NAME & ADDRESS OF CLAIMANT | AMOUNT OF CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 80 | Weltman Weinberg & Reis
323 W. Lakeside Ave, 2nd Floor
Cleveland, OH 44113 | $5,182.16 | $1,019.83 |

TOTAL CHECK $1,019.83

Dated this 29th day of June, 2009.

BY: _____
TRUSTEE